3:17-CV-199-J-34JBT



Allen P. Willich DC# J39576
Suwannee Correctional Institution
5964 U.S. Hwy 90  P2-2108
Live Oak, FL 32060

FILED 2017 FEB 22 AM 11:20

## Witness Statement

On 2-10-17 at approximately 8:35am to 8:40am Sgt D'maurio stepped to my cell P2-2108 and stated you want to suck this dick and he stepped back away from my door squeezed his penis and advised me to suck it why standing in between cells 8 and cell 9. When he used his hand to squeeze his penis he tried to state that he was adjusting his groin area. That isn't a professional way to adjust your groin area. (The proper way to adjust your groin area is pull up by the waistband of your pants).

At approximately 3:15pm to 3:25pm I asked Sgt D'maurio why he disrespected me? Sgt D'maurio stated in a very aggressive manner "I got you"! You'll get a roommate soon. Laugh nos! Then at approximately 5:30pm to 7:00pm he was standing in front of cell P2-103 and stated to the inmate that was housed there; that fuckboy in cell 2108 told on me for playing gay games. But Sgt D'maurio stated "I got him"!

I told Sgt D'maurio to report this to L.T. Melia and both of these suppose to be professional officials refused to report these allegations or failed to report to the higher Administration to have my PREA allegations reported to someone that could really help my safety. I'm in total fear for my life that both L.T. Melia and Sgt D'maurio could be a very possible threat to myself and other inmates.

Sgt D'maurio has violated me with sexual harassment and sexual abuse which violates my 8th and 14th U.S.C. and 28. U.S.C. 1367 state law.

I declare that I have read the forgoing Complaint Affidiant and it submits as True and correct. In good faith and needs to be Addressed appropriately. FLA Statue 92.525(2) Executed at Suwannee CI/Annex Live Oak, FL on this 17th day of Feb 2017.

Signature: Allen Willich
DC#: J39576
Address: Suwannee CI/Annex
5964 US hwy 90
Live Oak Fl 32060

Allen P. Willich DC#J39576
Suwannee Correctional Institution
5964 U.S. Hwy 90  P2-2108'
Live Oak, FL 32060

## Witness Statement

On Feb 10th, 2017 Inmate Allen P. Willich DC#J39576 stopped LT. Melia at approximately 8:15am to 10:00am at P2-2108' to have LT. Melia to document the P.R.E.A. allegations against Sgt D'maurio.

Which on Feb 10th, 2017 LT. Melia and Sgt D'maurio failed to take my allegations seriously and failed to put me under protective custody because I have been sexually harassed by Sgt D'maurio and I am in total fear for my life. Which now my life was put in really extreme danger because LT. Melia and Sgt D'maurio made a deal with inmate Cordell Thompson DC#X52170 to stab me and deal with their issue. If inmate Cordell Thompson DC#X52170 did this it would keep him from going to C.M (Close Management).

Being that I and inmate Thompson knew each other from Jacksonville, FL from 2001-2003 this is why inmate Thompson failed to retaliate against me. Now this issue hasn't only became an issue for me but also inmate Thompson.

On 2-16-17 I had informed Sgt Howard on the improper and very unprofessional actions that LT. Melia has done by not putting me in protective custody and follow her duties by filling or filing out a incident report to send to the inspector Generals office to have someone review, and see if my sexual or protection allegations was true or not. It's not Mrs. LT. Melia job or duty to make a choice if my allegations of PREA are true or not. This has violated my due process and my Amendments and Rights. Because LT. Melia job and duty are to follow policies and procedures as required.

Signature: Allen Willich
DC#: J39576
Address: Suwannee C.I / Annex
5964 US Hwy 90
Live Oak FL 32060

Allen Willich DC# J39576
Suwannee Correctional Institution
5964 U.S. HWY 90  P2-210 8
Live Oak, FL 32060

Witnesses of Incident

PRINT

(1.) Zachary D. Green A-125531
(2.) John Burger #M38196
(3.)
(4.)
(5.)

Signature

[signature] D.B A125531
John Burger #M38196

Signature: Allen Willich
DC#: J39576
Address: Suwannee C.I. /Annex
5964 US hwy 90
Live Oak Fl 32060